United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 20-10301-elf |
|---|---|
| Francisco Hernandez | Chapter 13 |
| Meyling Jimenez Gomez | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: dlv | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 21, 2020 | Form ID: 155 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Francisco Hernandez, Meyling Jimenez Gomez, 3611 Sussex Lane, Philadelphia, PA 19114-1815 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Meyling Jimenez Gomez, 3611 Sussex Lane, Philadelphia, PA 19114-1815 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Oct 23, 2020 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| JEROME B. BLANK | on behalf of Creditor Amerihome Mortgage Company  LLC paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Amerihome Mortgage Company  LLC paeb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: dlv | Page 2 of 2 |
| Date Rcvd: Oct 21, 2020 | Form ID: 155 | Total Noticed: 1 |

REBECCA ANN SOLARZ
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Amerihome Mortgage Company  LLC paeb@fedphe.com

TOVA WEISS
    on behalf of Debtor Francisco Hernandez weiss@lawyersbw.com

TOVA WEISS
    on behalf of Joint Debtor Meyling Jimenez Gomez weiss@lawyersbw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Francisco Hernandez and Meyling
Jimenez Gomez
      Debtor(s)                                      Chapter: 13

                                                   Bankruptcy No: 20−10301−elf

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this October 20, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                   Eric L. Frank
                                                   Judge ,
                                                   United States Bankruptcy Court

                                                                                       76
                                                                           Form 155