United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Francisco Hernandez  
Meyling Jimenez Gomez  
    Debtor(s)

Case No. 20-10301-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: dlv      Page 1 of 2  
Date Rcvd: Oct 23, 2020      Form ID: pdf900      Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Francisco Hernandez, Meyling Jimenez Gomez, 3611 Sussex Lane, Philadelphia, PA 19114-1815 |
| cr | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 23 2020 13:25:52 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Meyling Jimenez Gomez, 3611 Sussex Lane, Philadelphia, PA 19114-1815 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | |
| | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com |

| District/off: 0313-2 | User: dlv | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: pdf900 | Total Noticed: 3 |

JEROME B. BLANK
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor Amerihome Mortgage Company  LLC paeb@fedphe.com

MARIO J. HANYON
    on behalf of Creditor Amerihome Mortgage Company  LLC paeb@fedphe.com

REBECCA ANN SOLARZ
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Amerihome Mortgage Company  LLC paeb@fedphe.com

TOVA WEISS
    on behalf of Joint Debtor Meyling Jimenez Gomez weiss@lawyersbw.com

TOVA WEISS
    on behalf of Debtor Francisco Hernandez weiss@lawyersbw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 10

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Francisco Hernandez / Meyling Jimenez Gomez**, Debtor(s)

Case No. **20-10301**
Chapter **13**

## ORDER

**AND NOW,** upon consideration of the Application of Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,250.00.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330 (a)(4)(B), the allowed compensation set forth in ¶2 less $2,000.00 which was paid by the Debtor(s) prepetition, leaving a balance of $2,250.00 to be paid to Tova Weiss, Esquire to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date**: 10/22/20

_____
**Eric L. Frank**
**U.S. Bankruptcy Judge**