# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Francisco Hernandez**
**Meyling Jimenez Gomez**

Case No. **20-10301**

## CERTIFICATE OF NO RESPONSE

I, Tova Weiss, counsel for debtor, Francisco Hernandez , do hereby certify that there has been

no response or objection to the Motion to Avoid the Lien of mariner Finance LLC .

Date:   11/10/2020

Blitshtein & Weiss, P.C.
/s/ Tova Weis

TOVA WEISS, ESQUIRE
Attorney for Debtor(s)
648 2nd Street Pike
Southampton, PA 18966
(215) 364-4900 Phone
(215) 364-8050 Fax