## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Francisco Hernandez**
**Meyling Jimenez Gomez**
Debtor(s)

Case No. **20-10301**
Chapter **13**

### ORDER

### ORDER AVOIDING JUDICIAL LIEN WHICH IMPAIRS EXEMPTIONS

AND NOW, this ___ day of _____, 2020, upon consideration of Debtor, Francisco Hernandez's, Motion to Avoid the Judicial Lien of Mariner Finance, LLC, it is hereby **ORDERED** that Debtor's Motion is GRANTED.

IT IS FURTHER **ORDERED** THAT the aforesaid Judicial Lien on the Debtor's residence located at 3611 Sussex Lane, Philadelphia, PA 1911 resulting from the Judgment entered in the case captioned: Mariner FInance, LLC v. Francisco Hernandez, Philadelphia Municipal Court, Docket No.: SC-19-02-01-3167 is hereby AVOIDED.

**Order entered by default.**

**Date**: 11/12/20

**Eric L. Frank**
**U.S. Bankruptcy Judge**