United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 20-10301-elf

Francisco Hernandez                                             Chapter 13

Meyling Jimenez Gomez
    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 12, 2020 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Francisco Hernandez, Meyling Jimenez Gomez, 3611 Sussex Lane, Philadelphia, PA 19114-1815 |
| cr | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14453220 | + Mariner Finance, 2141 Cottman Avenue, Suite A, Philadelphia, PA 19149-1122 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 13 2020 04:06:31 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| JEROME B. BLANK | on behalf of Creditor Amerihome Mortgage Company  LLC paeb@fedphe.com |

JEROME B. BLANK
                        on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC paeb@fedphe.com

MARIO J. HANYON
                        on behalf of Creditor Amerihome Mortgage Company  LLC mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
                        on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
                        on behalf of Creditor Amerihome Mortgage Company  LLC paeb@fedphe.com

TOVA WEISS
                        on behalf of Joint Debtor Meyling Jimenez Gomez weiss@lawyersbw.com

TOVA WEISS
                        on behalf of Debtor Francisco Hernandez weiss@lawyersbw.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                        ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 10

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Francisco Hernandez**
**Meyling Jimenez Gomez**

Debtor(s)

Case No.   **20-10301**

Chapter   **13**

### ORDER

### ORDER AVOIDING JUDICIAL LIEN WHICH IMPAIRS EXEMPTIONS

AND NOW, this ___ day of _____, 2020, upon consideration of Debtor, Francisco Hernandez's,

Motion to Avoid the Judicial Lien of Mariner Finance, LLC,  it is hereby **ORDERED** that Debtor's Motion is

**GRANTED**.

IT IS FURTHER **ORDERED** THAT the aforesaid Judicial Lien on the Debtor's residence

located at3611 Sussex Lane, Philadelphia, PA 1911 resulting from the Judgment entered in the case captioned:

Mariner FInance, LLC v. Francisco Hernandez, Philadelphia Municipal Court, Docket No.: SC-19-02-01-3167 is

hereby **AVOIDED.**

**Order entered by default.**

Date: 11/12/20

**Eric L. Frank**
**U.S. Bankruptcy Judge**