United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10301-pmm |
| Francisco Hernandez | Chapter 13 |
| Meyling Jimenez Gomez | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Mar 26, 2024 | Form ID: pdf900 | Total Noticed: 71 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Francisco Hernandez, Meyling Jimenez Gomez, 3611 Sussex Lane, Philadelphia, PA 19114-1815 |
| 14479192 | + | AMERIHOME MORTGAGE COMPANY, LLC, CENLAR FSB, BK Department, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 14453189 | + | Affirm Inc. Loans, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 14453190 | | American Express, P.O. Box 315111, Salt Lake City, UT 84131-9934 |
| 14461347 | | Amerihome Mortgage Company, LLC, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14453193 | | Aria Health Physician Services, P.O. Box 8500-6335, Philadelphia, PA 19178-6335 |
| 14453217 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, P.O. Box 182676, Columbus, OH 43218-2676 |
| 14453201 | + | Capital One Bank, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 14453216 | + | Grimley Financial, 30 Washington Avenue, Suite C-6, Haddonfield, NJ 08033-3341 |
| 14552500 | + | LAKEVIEW LOAN SERVICING, LLC, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14453220 | + | Mariner Finance, 2141 Cottman Avenue, Suite A, Philadelphia, PA 19149-1122 |
| 14453225 | | Philadelphia Gas Works, P.O. Box 11700, Newark, NJ 07101-4700 |
| 14453229 | | Professional Account Management, LLC, P.O. Box 1520, Milwaukee, WI 53201-1520 |
| 14453230 | | Rehabclinics(SPT) Novacare, P.O. Box 644717, Pittsburgh, PA 15264-4717 |
| 14453233 | | Synergy Orthopedics LLC, 920 Germantown Pike, Suite 210, Plymouth Meeting, PA 19462-7401 |
| 14453236 | + | Van Ru Credit Corporation, 4839 N. Elston Avenue, Chicago, IL 60630-2534 |
| 14453238 | + | Wells Fargo, P.O. Box 11701, Newark, NJ 07101-4701 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 27 2024 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 27 2024 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14483072 | + | Email/Text: g20956@att.com | Mar 27 2024 00:29:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14488561 | + | Email/Text: bnc@bass-associates.com | Mar 27 2024 00:29:00 | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14453192 | ^ | MEBN | Mar 27 2024 00:28:17 | AmeriHome Mortgage, P.O. Box 77404, Trenton, |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | NJ 08628-6404 |
| 14453191 | + | Email/PDF: bncnotices@becket-lee.com | Mar 27 2024 00:44:52 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14465666 | | Email/PDF: bncnotices@becket-lee.com | Mar 27 2024 00:44:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14453195 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 27 2024 00:29:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19850-5019 |
| 14459954 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 27 2024 00:29:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14453196 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 27 2024 00:29:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14545410 | + | Email/Text: cashiering-administrationservices@flagstar.com | Mar 27 2024 00:29:00 | C/O FLAGSTAR BANK, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 14453203 | | Email/Text: bankruptcy@cavps.com | Mar 27 2024 00:29:00 | Cavalry Portfolio Services, LLC, P.O. Box 1017, Hawthorne, NY 10532 |
| 14453208 | | Email/Text: megan.harper@phila.gov | Mar 27 2024 00:29:00 | City of Philadelphia, Department of Revenue, P.O. Box 1630, Philadelphia, PA 19105-1630 |
| 14453207 | | Email/Text: megan.harper@phila.gov | Mar 27 2024 00:29:00 | City of Philadelphia, Department of Revenue, Water Revenue Bureau, P.O. Box 41496, Philadelphia, PA 19101-1496 |
| 14518916 | | Email/Text: megan.harper@phila.gov | Mar 27 2024 00:29:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14509987 | | Email/Text: megan.harper@phila.gov | Mar 27 2024 00:29:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14453197 | + | Email/Text: bankruptcy@cavps.com | Mar 27 2024 00:29:00 | Calvalry, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14453198 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2024 00:44:53 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14453200 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 27 2024 00:44:52 | Capital One Auto Finance, P.O. Box 260848, Plano, TX 75026-0848 |
| 14453199 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 27 2024 00:34:29 | Capital One Auto Finance, P.O Box 60511, City of Industry, CA 91716-0511 |
| 14458107 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 27 2024 00:34:26 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14467473 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 27 2024 00:34:26 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14453201 | ^ | MEBN | Mar 27 2024 00:28:48 | Capital One Bank, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 14458506 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 27 2024 00:34:26 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14467072 | | Email/PDF: bncnotices@becket-lee.com | Mar 27 2024 00:44:48 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14453202 | | Email/Text: ebn@carepayment.com | Mar 27 2024 00:29:00 | Care Payment, P.O. Box 2398, Omaha, NE 68103-2398 |
| 14458282 | + | Email/Text: bankruptcy@cavps.com | Mar 27 2024 00:29:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14474738 | + | Email/Text: bankruptcy@cavps.com | Mar 27 2024 00:29:00 | Cavalry SPV I, LLC, PO BOX 27288, Tempe AZ |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 14453205 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:44:46 | Citibank, P.O. Box 653095, Dallas, TX 75265-3095 |
| 14453209 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 27 2024 00:29:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, Suite 100, P.O. Box 9004, Renton, WA 98057-9004 |
| 14453210 | | Email/Text: mrdiscen@discover.com | Mar 27 2024 00:29:00 | Discover, P.O. Box 15251, Wilmington, DE 19886 |
| 14453211 | | Email/Text: mrdiscen@discover.com | Mar 27 2024 00:29:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850 |
| 14456681 | | Email/Text: mrdiscen@discover.com | Mar 27 2024 00:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14453212 | ^ | MEBN | Mar 27 2024 00:28:15 | Dynamic Recovery Solutions, P.O. Box 25759, Greenville, SC 29616-0759 |
| 14453214 | + | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 27 2024 00:29:00 | EZ Pass NJ, PO Box 4971, Trenton, NJ 08650-4971 |
| 14533519 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 27 2024 00:29:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14453213 | | Email/Text: tropiann@einstein.edu | Mar 27 2024 00:29:00 | Einstein Medical Center, P.O. Box 785371, Philadelphia, PA 19178-5371 |
| 14453218 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2024 00:33:12 | JPMCB Card Services, P.O. Box 15369, Wilmington, DE 19850 |
| 14471713 | + | Email/Text: RASEBN@raslg.com | Mar 27 2024 00:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14453219 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 27 2024 00:29:00 | Kohls/Capone, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14458417 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2024 00:33:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14453222 | | Email/Text: bankruptcy@oliphantfinancial.com | Mar 27 2024 00:29:00 | Oliphant Financial, 1800 Second Street, Suite 603, Sarasota, FL 34236 |
| 14512785 | + | Email/Text: bncnotifications@pheaa.org | Mar 27 2024 00:29:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14453226 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 27 2024 00:29:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 14480042 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 27 2024 00:29:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14453228 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:44:57 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd., Norfolk, VA 23502 |
| 14453227 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:44:57 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14464760 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:44:47 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14453224 | | Email/Text: info@padermpartners.com | Mar 27 2024 00:29:00 | Pennsylvania Dermatology Partners, 258 E. Ben Franklin Hwy, Birdsboro, PA 19508-8772 |
| 14471628 | ^ | MEBN | Mar 27 2024 00:28:38 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14453231 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:33:14 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14453232 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:33:47 | Synchrony/Amazon, 170 E. Election Road, Suite 125, Draper, UT 84020 |

Note: first row address continues: 85285-7288

| Recip ID | Bypass | Email/Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| 14453234 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 27 2024 00:29:00 | TBOM/FORTIVA, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 14453235 | + | Email/Text: BAN5620@UCBINC.COM | Mar 27 2024 00:29:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |
| 14485366 |   | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 27 2024 00:34:32 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 55

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14453194 |   | AT&T Mobility, P.O. Box 537104 |
| 14453206 |   | CITIBANK, N.A./AAdvantage |
| 14453204 |   | Chase Bank USA, N.A |
| 14453215 |   | Fortiva Financial |
| 14453223 |   | Paypal, Inc. |
| 14453237 |   | WebBank |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14474657 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14474666 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14458110 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14453221 | ## | Nationwide Credit, Inc., P.O. Box 14581, Des Moines, IA 50306-3581 |

TOTAL: 6 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2024          Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| JEROME B. BLANK | on behalf of Creditor Amerihome Mortgage Company LLC jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JEROME B. BLANK | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Mar 26, 2024 | Form ID: pdf900 | Total Noticed: 71 |

on behalf of Creditor LAKEVIEW LOAN SERVICING LLC jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
on behalf of Creditor Amerihome Mortgage Company LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com

THOMAS SONG
on behalf of Creditor Amerihome Mortgage Company LLC tomysong0@gmail.com

TOVA WEISS
on behalf of Debtor Francisco Hernandez weiss@lawyersbw.com

TOVA WEISS
on behalf of Joint Debtor Meyling Jimenez Gomez weiss@lawyersbw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>  FRANCISCO HERNANDEZ<br>  MEYLING JIMENEZ GOMEZ<br><br>        Debtors | Chapter 13<br><br>Bankruptcy No. 20-10301-PMM |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: March 26, 2024**

_____
Honorable Patricia M. Mayer
Bankruptcy Judge